IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA SHARP,

      Plaintiff,

v.   :   3:14-CV-00663
    :   (JUDGE MARIANI)

NEW JERSEY DISCOUNT TIRE,

      Defendant.

## ORDER

AND NOW, THIS __5TH__ DAY OF JUNE, 2015, upon consideration of Defendant's Motion to Set Aside the Clerk of Court's Entry of Default, **IT IS HEREBY ORDERED THAT**:

1. Such Motion (Doc. 26) is **GRANTED** on subject-matter jurisdiction grounds.

2. This case is **DISMISSED** for lack of subject-matter jurisdiction.

3. The Clerk of Court's Entry of Default (Doc. 9) is **NULL AND VOID**.

4. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge